**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

GENEEN WILSON,

      Plaintiff,

                                           Case No.:

v.

ABILITY RECOVERY SERVICES, LLC,

      Defendants.

_____/

**DEFENDANT, ABILITY RECOVERY SERVICES, LLC'S,**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant, Ability Recovery Services, LLC ("ARS"), through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

1.     Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2.     ARS states that it does not have a parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

 Date: September 27, 2023                      Respectfully Submitted,

                                           s/ Aaron R. Easley
                                           Aaron R. Easley, Esq. (#73683)
                                           SESSIONS, ISRAEL & SHARTLE, LLC
                                           3 Cross Creek Drive

Flemington, NJ 08822
Telephone: (908) 237-1660
Facsimile:  (877) 344-0661
Email: aeasley@sessions.legal
Attorneys for Defendant
Ability Recovery Services, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023 a copy of the foregoing was served on

all counsel and parties of record electronically via CM/ECF and U.S. Mail.

Brett Freeman, Esq.
FREEMAN LAW
210 Montage Mountain Road
Moosic, PA 18507

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
Attorney for Defendant

2