UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Geneen Wilson,<br><br>    Plaintiff,<br><br>vs.<br><br>Ability Recovery Services, LLC.<br><br>    Defendants. | Case No. 3:23-cv-01606-RDM |

**JOINT STIPULATION OF EXTENSION OF TIME FOR
ABILITY RECOVERY SERVICES, LLC TO FILE RESPONSIVE PLEADINGS**

NOW COMES Defendant Ability Recovery Services, LLC ("Ability"), by and through undersigned counsel, and plaintiff Geneen Wilson ("plaintiff"), by and through undersigned counsel, who hereby jointly agree and stipulate that Ability shall have an extension of time to file responsive pleadings to Plaintiff's Amended Complaint, up to and including March 19, 2024.

| | |
|---|---|
| /s/ Brett Freeman<br>Brett Freeman (PA 308834)<br>FREEMAN LAW<br>606 Hamlin Highway, Suite 2<br>Lake Ariel, PA 18436<br>Email: brett@freeman.law<br>Office: (570) 589-0010<br>Fax: (570) 456-5955<br>Attorneys for Plaintiff | /s/ Aaron R. Easley<br>Aaron R. Easley, Esq. (73683)<br>**Sessions, Israel & Shartle, LLC**<br>3 Cross Creek Drive<br>Flemington, NJ  08822-4938<br>Telephone No.: (908) 237-1660<br>Email: aeasley@sessions.legal<br>Attorney for Defendant |

SO ORDERED:

_____
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that on this 8th day of March, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

By:    /s/ Aaron R. Easley
          Aaron R. Easley, Esq.