UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Geneen Wilson, <br><br> Plaintiff, <br><br> vs. <br><br> Ability Recovery Services, LLC. <br><br> Defendants. | Case No. 3:23-cv-01606-RDM |

## JOINT STIPULATION OF EXTENSION OF TIME FOR ABILITY RECOVERY SERVICES, LLC TO FILE RESPONSIVE PLEADINGS

NOW COMES Defendant Ability Recovery Services, LLC ("Ability"), by and through undersigned counsel, and plaintiff Geneen Wilson ("plaintiff"), by and through undersigned counsel, who hereby jointly agree and stipulate that Ability shall have an extension of time to file responsive pleadings to Plaintiff's Amended Complaint, up to and including March 19, 2024.

/s/ Brett Freeman
Brett Freeman (PA 308834)
FREEMAN LAW
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436
Email: brett@freeman.law
Office: (570) 589-0010
Fax: (570) 456-5955
Attorneys for Plaintiff

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (73683)
**Sessions, Israel & Shartle, LLC**
3 Cross Creek Drive
Flemington, NJ 08822-4938
Telephone No.: (908) 237-1660
Email: aeasley@sessions.legal
Attorney for Defendant

SO ORDERED:

_____
U.S. DISTRICT JUDGE