# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Geneen Wilson,<br>            Plaintiff<br><br>v.<br><br>Ability Recovery Services, LLC,<br>            Defendant | Docket No. 3:23-CV-1606-RDM<br><br>(Judge Robert D. Mariani)<br><br>ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.

| *s/ Brett M. Freeman* | *s/ Aaron R. Easley (with consent)* |
|---|---|
| Brett M. Freeman | Aaron R. Easley |
| Bar Number PA 308834 | Bar Number PA 73683 |
| FREEMAN LAW | Sessions Israel & Shartle, LLC |
| Attorney for Plaintiff | Attorney for Defendant |
| 606 Hamlin Highway, Suite 2 | 3 Cross Creek Drive |
| Lake Ariel, PA 18436 | Flemington, NJ 08822 |
| P: (570) 589-0010 | P: (908) 237-1660 |
| F: (570) 456-5955 | F: (877) 334-0661 |
| brett@freeman.law | aeasley@sessions.legal |