IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Geneen Wilson,<br>                Plaintiff<br><br>v.<br><br>Ability Recovery Services, LLC,<br>                Defendant | Docket No. 3:23-CV-1606-RDM<br><br>(Judge Robert D. Mariani)<br><br>ELECTRONICALLY FILED |

## **ORDER**

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties, it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to dismiss the case.

Date:_____            _____
                                                                      Robert D. Mariani
                                                                      United States District Judge